IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | ) | CR 12-88-GF-DLC |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DEL WAYNE DENNY, | ) | |
| Defendant. | ) | |

United States Magistrate Judge Keith Strong entered Findings and Recommendation in this matter on January 29, 2013. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Strong recommended this Court accept Del Wayne Denny's guilty plea after Denny appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of sexual abuse (Count II) as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count I of the Indictment.

I find no clear error in Judge Strong's Findings and Recommendation (doc. 26), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Del Wayne Denny's motion to change plea (doc. 18) is GRANTED.

DATED this 21st day of February, 2013.

Dana L. Christensen, District Judge
United States District Court